UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 19-05743 |
| Nicholas S Hannon ) | | |
| Yolanda B Hannon ) | Chapter: | 13 |
| ) | Honorable David D. Cleary | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER MODIFYING PLAN

This cause coming to be heard on Motion of the Debtors for entry of an Order modifying the Chapter 13 Plan; the Court having jurisdiction over the matter and being fully advised in the premises;

IT IS HEREBY ORDERED:

1. Debtors' current Chapter 13 Plan is modified post-confirmation to:

a) Extend the Chapter 13 plan term to 84 months in accordance with 11 U.S.C. §1329(d)(1);

b) The plan payment is decreased to $1,115 beginning December 2020 until the end of the plan;

c) The plan base amount remains the same;

d) The Trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter: *[signature: David D. Cleary]*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: November 16, 2020

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600