IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No.: 19-05743 |
| Nicholas S Hannon and Yolanda B Hannon ) | |
| ) | Chapter 13 |
| ) | |
| Debtor(s). ) | Judge David D. Cleary |

NOTICE OF MOTION

TO: See attached service list via U.S. Mail and Electronic Service Notice to applicable parties

PLEASE TAKE NOTICE that on May 10, 2021 at 1:30 p.m, I will appear before the Honorable David D. Cleary or any judge sitting in that judge's place, and present the MOTION TO USE SELL OR LEASE PROPERTY 363(b) a copy of which is hereby filed with this notice.

This motion will be presented and heard electronically using Zoom for Government. No personal appearance at the courthouse is necessary or permitted. To appear and be heard on the motion, you must do the following:

To appear by video, use this link: https://www.zoomgov.com/join. Then enter the meeting ID and passcode.

To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and passcode. Meeting ID and passcode.

The meeting ID for this hearing is 161 122 6457 and the passcode is Cleary644.

The meeting ID and passcode can also be found on Judge Cleary's webpage on the court's website, https://www.ilnb.uscourts.gov/content/judge-david-d-cleary.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: David H Cutler
Attorney for Debtor
4131 Main St. Skokie, IL 60076
cutlerfilings@gmail.com

CERTIFICATE OF SERVICE I, David H Cutler, certify/declare under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion/application on each entity shown on the attached list at the address shown and by the method indicated on the list on April 26, 2021, before 6:30 p.m.

/s/ *David H. Cutler*

David H. Cutler, esq.
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No.: 19-05743 |
| Nicholas S Hannon and Yolanda B Hannon ) | |
| ) | Chapter 13 |
| ) | |
| Debtor(s). ) | Judge David D. Cleary |

### MOTION TO USE SELL OR LEASE PROPERTY 363(b)

NOW COME, the Debtors, Nicholas S Hannon and Yolanda B Hannon (hereinafter referred to as "DEBTORS"), by and through their Attorneys, Cutler and Associates, Ltd., and moves this Honorable Court for entry of an Order Authorizing the Debtors to Use Sell or Lease their Real Estate Property, and in support thereof, respectfully represent as follows:

1. On March 4, 2019, the Debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code and their plan was subsequently confirmed by this Honorable court on June 17, 2019.

2. The confirmed plan calls for monthly payments of $1,710.00 per Month for 60 months with general unsecured creditors receiving 100% of their timely filed or allowed claims.

3. The Debtors wish to sell their real property located at 1430 Ellisville Lane Schaumburg, IL 60193.

4. The Debtors have found a buyer and have entered into a contract for the sale of the Property, the approximate sale price of the property is $190,500. (See Exhibit A)

5. The Debtors real estate property is encumbered with a mortgage loan with Mr. Cooper in the approximate amount of $128,396.35.

6. The Debtors real estate property is also encumbered with a loan with the U.S. Department of Housing and Development in the approximate amount of $5,938.13.

7. The automatic stay has not been lifted on the real estate property.

8. That this sale is an arms-length transaction for fair market value.

WHEREFORE, DEBTORS pray that this Honorable Court enter an Order Authorizing the Debtors to USE SELL OR LEASE PROPERTY 363(b) located at 1430 Ellisville Lane Schaumburg, IL 60193 for the approximate amount of $190,500.

Respectfully submitted,

By: /s/ *David H. Cutler*
David H. Cutler, esq.
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600