UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Nicholas S Hannon and Yolanda B Hannon<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  19-05743<br>(Jointly Administered)<br>Chapter: 13<br>Honorable David D. Cleary |

## ORDER ON MOTION TO OBTAIN/INCUR DEBT

THIS CAUSE COMING ON TO BE HEARD on the Motion of the Debtor's, the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, due Notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED: The Joint Debtor is permitted to incur the mortgage debt, with financing through First Centennial Mortgage Corporation, with the following terms:
Real Property address: 332 Country Ln, Algonquin, IL 60102
Purchase price not to exceed: $255,399
Loan Rate: 3.25%
Loan term: 30 years

Enter:  *[signature: David D. Cleary]*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  June 07, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600