**Fill in this information to identify the case:**

Debtor 1    Nicholas S Hannon

Debtor 2    Yolanda B Hannon
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois
(State)

Case number    19-05743

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper        **Court Claim No.** (if known): 11-1

**Last four digits** of any number you use to identify the debtor's account:    XXXXXX0751

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?'**

☒ No
☐ Yes.    Date of last notice: _____

## Part 1:    Itemize Postpetition Fees, Expenses and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in the case or ruled on by the bankruptcy court. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. | Attorney fees | | (3) | $0.00 |
| 4. | Filing fees and court costs | | (4) | $0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6. | Appraisal/broker's price opinion fees | | (6) | $0.00 |
| 7. | Property inspection fees | | (7) | $0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. | Property Preservation expenses. Specify: _____ | | (10) | $0.00 |
| 11. | Other. Specify:    Plan Review | 03/15/2019 | (11) | $300.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Nicholas S Hannon                                                                 Case number (if known) 11-1

## Part 2: Sign Here

The person completing this notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Michael N. Burke                                Date: May 31, 2019
   Signature

**Print:**     Michael N. Burke                                Title  Attorney for Creditor
               First Name    Middle Name    Last Name

Company       Shapiro Kreisman & Associates, LLC

Address       2121 Waukegan Road, Suite 301
              Number         Street

              Bannockburn, IL 60015
              City                        State    ZIP Code

Contact phone  (847) 291-1717                                 Email

Case No:   19-05743

**UNITED STATES BANKRUPTCY COURT**

# Certificate of Service

**I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the court on**

Date:   May 31, 2019

Chapter 13 Trustee:  Marilyn Marshall

Trustee Address:  224 South Michigan, Ste 800, Chicago, IL 60604

Trustee Email:

Debtor's Counsel Name:  David H Cutler, Cutler & Associates, Ltd.

Debtor's Counsel Address:  4131 Main St., Skokie, IL 60076

Debtor's Counsel Email: cutlerfilings@gmail.com

Debtor 1 Name:  Nicholas S Hannon

Debtor 2 Name:  Yolanda B Hannon

Debtor's Mailing Address:  1430 Ellisville Lane, Schaumburg, IL 60193 and 1430 Ellisville Lane, Schaumburg, IL 60193

Debtor Email:

  /s/ Michael N. Burke_____
Michael N. Burke