| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Nicholas S Hannon |
| Debtor 2 | Yolanda B Hannon |
| | (Spouse, if filing) |
| United States Bankruptcy Court for the | Northern District of Illinois |
| | (State) |
| Case number: | 19-05743 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1

**Name of Creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper

**Court Claim No.** (if known): 11

**Last four digits** of any number you use to identify the debtor's account: XXXXXX0751

**Date of Payment Change:**
Must be at least 21 days after date of this notice.   05/01/2020

**New total payment:**
Principal, interest, and escrow, if any   $860.54

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No.
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $149.39    **New escrow payment:** $154.55

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

☒ No.
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a statement is not attached, explain why: _____

**Current interest rate:** _____%    **New interest rate:** _____%

**Current principal and interest payment:** $_____    **New principal and interest payment:** $_____

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*
   Reason for change: _____

**Current mortgage payment:** $_____    **New mortgage payment:** $_____

## Part 4: Sign Here

The person completing this notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**x**  /s/ Richard B. Aronow
Signature

Date: April 9, 2020

**Print:** Richard B. Aronow
First Name    Middle Name    Last Name

Title  Attorney for Creditor

Company  Shapiro Kreisman & Associates, LLC

Address  2121 Waukegan Road, Suite 301
Number    Street

Bannockburn, IL 60015
City    State    ZIP Code

Contact phone  (847) 291-1717

Email

<u>Notified via Electronic Filing</u>
U.S. Trustee, 219 S Dearborn St, Room 873, Chicago, IL 60604
Marilyn Marshall, 224 South Michigan, Ste 800, Chicago, IL 60604
David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076
<u>Notified via US Postal Service</u>
Nicholas S Hannon, 1430 Ellisville Lane, Schaumburg, IL 60193
Yolanda B Hannon, 1430 Ellisville Lane, Schaumburg, IL 60193

<u>CERTIFICATE OF SERVICE</u>

  The undersigned hereby certifies that he/she caused a true and correct copy of the above and foregoing document to be sent to the <u>Debtors</u> at the address listed below. Said copy was placed in an envelope addressed as listed below and placed in the U.S. Mail on April 9, 2020, with first class postage prepaid. All other parties entitled to notice received such notice electronically, through the office of the Clerk of the Court.

        Respectfully Submitted,

    <u>/s/ Richard B. Aronow</u>
    Richard B. Aronow

Mike Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
19-090081

**The firm of Shapiro Kreisman & Associates, LLC is a debt collector. This is an attempt to collect a debt. Any information may be used for that purpose. If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**